## Marion O. Kane and George Ortseifen, Appellants, v. City of Chicago, Appellee.

### Gen. No. 42,982.

opinion
filed February 14, 1945; rehearing denied March 5, 1945; released for publication March 5, 1945. The case was transferred from the Supreme Court, 384 Ill. 361. Urion, Bishop & Sladkey, for appellants; Howard F. Bishop and George P. Novak, of counsel; Barnet Hodes, Corporation Counsel, for appellee; J. Herzl Segal and L. Louis Karton, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE KILEY. **Not to be published in full.**